FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 1 1 2001

Robert M. March
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 01-1189 JC |
| | ) | |
| Plaintiff, | ) | 18 U.S.C. § 1153: Crime on |
| | ) | an Indian Reservation; 18 |
| vs. | ) | U.S.C. § 113(a)(3): Assault |
| | ) | with a Dangerous Weapon; 18 |
| RONALD MARTINEZ, JR., | ) | U.S.C. § 113(a)(6): Assault |
| | ) | Resulting in Serious Bodily |
| Defendant. | ) | Injury; 18 U.S.C. §§ |
| | ) | 924(c)(1)(A)(iii): |
| | ) | Discharge of Firearm During |
| | ) | and in Relation to Crime of |
| | ) | Violence. |

I N D I C T M E N T

The Grand Jury charges:

### COUNT I

On or about the 24th day of June, 2001, in Indian Country, in the State and District of New Mexico, the defendant, RONALD MARTINEZ, JR., an Indian, did assault John Doe, with a dangerous weapon, namely a .22 caliber handgun, with intent to do bodily harm.

In violation of 18 U.S.C. §§ 1153 and 113(a)(3).

### COUNT II

On or about the 24th day of June, 2001, in Indian Country, in the State and District of New Mexico, the defendant, RONALD MARTINEZ, JR., an Indian, did assault John Doe, such assault resulting in serious bodily injury.

In violation of 18 U.S.C. §§ 1153 and 113(a)(6).



## COUNT III

On or about the 24th day of June, 2001, in Indian Country, in the State and District of New Mexico, the defendant, RONALD MARTINEZ, JR., an Indian, did unlawfully and knowingly discharge a firearm, namely a .22-caliber handgun, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely assault resulting in serious bodily injury, as charged in Count II of this Indictment.

In violation of 18 U.S.C. §§ 924(c)(1)(A) and (c)(1)(A)(iii).

## COUNT IV

On or about the 24th day of June, 2001, in the State and District of New Mexico, the defendant, RONALD MARTINEZ, JR., having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a .22LR-caliber semi-automatic Phoenix Arms handgun, Model HP22, serial number 4190165.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

NORMAN C. BAY
United States Attorney

08/21/01  1:56pm